## (August 20, 1981)

■ In the Matter of GEORGE T. MARTIN, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT, Petitioner. — By order returnable August 17, respondent was directed to show cause why he should not be suspended from practice as an attorney and counselor at law pending his compliance with an order which had directed his appearance on July 17, 1981 for examination under oath regarding inquiries under investigation by petitioner. Application granted by default, and respondent, George T. Martin, suspended as an attorney and counselor at law until further order of this court. Order entered. Mahoney, P.J., Kane, Main, Mikoll and Herlihy, JJ., concur.

■ In the Matter of JAMES H. MALOY, Respondent, v TOWN BOARD OF THE TOWN OF GUILDERLAND et al., Appellants. — Motion by respondent for reargument granted, without costs, and case restored to the calendar for the term commencing October 5, 1981. Supplemental briefs, if any, shall be filed on or before September 17, 1981. Mahoney, P.J., Casey, Weiss and Herlihy, JJ., concur.

## (August 27, 1981)

■ LEO BLANK, Respondent, v PREMIUM GAS SERVICE, INC., et al., Appellants. — Motion to dismiss appeal granted, without costs. Inasmuch as the order appealed from denied what was essentially a motion for reargument, such order is not appealable (Weber v Cassius, 46 AD2d 976; Matter of Biscaglio v Roshan Taxi, 43 AD2d 919). Kane, J.P., Main, Mikoll, Yesawich, Jr., and Herlihy, JJ., concur.